## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

ANA YANCY REYES TOLEDO,

      Plaintiff,

                                      CASE NO.: 1:19-cv-25272-JG

vs.

EL ATLAKAT RESTAURANT, CORP., a
Florida Profit Corporation, LAREDO, INC., a
Florida Corporation,

      Defendants.                    /

## NOTICE OF COMPLIANCE

COMES NOW, Plaintiff, ANA YANCY REYES TOLEDO, by and through counsel, and pursuant to Court's Paperless Order [D.E.30], advises the Court that attached is a redacted copy of the retainer agreement between Ms. Reyes and her counsel including all language pertaining to fees, as well as attorney billing records, and cost records reflecting the costs of filing and service, attached hereto as Exhibits A, B, and C, respectively.

Respectfully submitted this 4th day of August, 2020.

                                                                           /s/ ANGELI MURTHY
                                                                          ANGELI MURTHY, ESQ., B.C.S.
                                                                          FL Bar No.: 088758
                                                                          MORGAN & MORGAN, P.A.
                                                                          8151 Peters Rd.
                                                                          Suite 4000
                                                                          Plantation, FL 33324
                                                                          Tel: 954-318-0268
                                                                          Fax: 954-327-3016
                                                                          E-mail: Amurthy@forthepeople.com
                                                                          *Trial Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 4, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which I understand will send notification of same to all counsel of record.

/s/ ANGELI MURTHY
ANGELI MURTHY, ESQ., B.C.S.