# EXHIBIT "A"



# AUTHORITY TO REPRESENT

I, the undersigned client, hereby retain MORGAN & MORGAN, P.A., ("The Firm") as my attorneys to represent me in my wage and hour claim against _____.("Defendant(s)")

REDACTED

I understand that if The Firm files a lawsuit against Defendant(s), it will attempt to seek attorney's fees under federal/state statutes and applicable case law <u>against</u> Defendant(s).  In the event that a collective/class action is pursued and resolved, or a judgment or court order is entered that provides for attorney's fees to be paid to the client or The Firm, or a settlement is reached between the parties to the litigation which provides for attorney's fees to be paid to Plaintiff or Plaintiff's counsel, The Firm's fees shall be the greater of (i) and (ii) below:

(i)  attorney's fee as awarded by the court pursuant to federal or state law, or agreed to between Plaintiff and Defendant(s), or on a lodestar basis at $425 per hour as a blended rate for all attorneys; or

(ii) forty percent (40%) of the total amount recovered for the client and/or class (including any court awarded attorney's fees).

The Firm advises the client, and the client acknowledges, that The Firm's attorneys' fees could exceed the client's recovery depending on the facts of the client's case.  In the event the court awards The Firm attorney's fees or costs due to discovery abuses by the Defendant or Defendant's

counsel, The Firm shall retain those attorney's fees and/or costs from the defense and they will not be part of this agreement for a set-off from any attorney's fees ultimately recovered.

I understand that this is a contingent fee contract and, if no recovery is made, I will not be obligated to pay attorneys' fees or costs incurred. I agree that upon written notice, The Firm may terminate their representation under the terms of this agreement.

I also acknowledge that The Firm will deduct costs from my share of the recovery after the contingent fee has been calculated. I understand and agree that I am only obligated to pay costs if there is a recovery in this claim. Said costs shall include, but are not limited to, cash and non-cash expenditures for: investigator mileage to and from the initial sign up meeting, court filing fees, medical records charges, mediation fees, subpoenas and deposition costs, witness fees, long distance telephone calls, facsimiles, photocopies, postage, in-house printing, travel, parking, investigative services and all other costs necessary for proper performance of legal services, and that such costs shall bear interest at the rate of 1.5% per month. In the event that The Firm withdraws from the case, The Firm reserves the right to be reimbursed for said costs if a recovery is made by another firm.



MMWH_FL_V08212018

DocuSign Envelope ID: 4D74F00A-718B-4A69-9451-B1AA014A195D



MMWH_FL_V08212018

Page 3 of 4

The above employment is hereby accepted upon the terms and conditions stated herein.

DATE: _____11/4/2019_____

_____*Ana Reyes*_____
CLIENT

_____
MORGAN & MORGAN, P.A.

REDACTED

MMWH_FL_V08212018

Page 4 of 4